Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerounian Law Group**
2700 North Main Street, Ste 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nina Afrasiabi, Individually and on Behalf of all Others Similarly Situated**<br><br>Plaintiff,<br><br>v.<br><br>**Reese Law Group, A Professional Law Corporation,**<br><br>Defendant. | Case No.: '11CV0310 DMS JMA<br><br><u>CLASS ACTION</u><br><br>MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>Hon. Dana M. Sabraw |

1
2
3

    Plaintiff Nina Afrasiabi, individually and on behalf of all others similarly situated (hereinafter "Plaintiffs"), hereby moves to dismiss the entire action without prejudice.

4
5

    Plaintiff Nina Afrasiabi respectfully requests that this Court dismiss this action without prejudice.

6
7
8
9
10

Dated: April 29, 2011              **KAZEROUNIAN LAW GROUP**

11
12

                                      /s/ Abbas Kazerounian
                                      Attorney for the Plaintiffs
                                      ak@kazlg.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28