Re: Nina Afrasiabi, Individually and on Behalf of all Others Similarly Situated v. Reese Law Group, A Professional Law Corporation
United States District Court Southern District of California
Case No.11CV0310 DMS JMA

## PROOF OF SERVICE

I, Viviana Salazar-Sherman, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs. My business address is 411 Camino del Rio South, Suite 301, San Diego, CA, 92108. I am readily familiar with our business' practice of collecting, processing, and mailing of correspondence and pleadings for mail with the United States Postal Service.

May 4, 2011, I served the foregoing document(s) described as:

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Reese Law Group
c/o Harlan Reese
6725 Mesa Ridge Rd #240
San Diego, CA 92121

[X] BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

[ ] BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each address named above, address to each such addressee respectively, and cause such envelope to be delivered by hand to the offices of addressee.

[ ] BY OVERNIGHT MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage fully prepaid, deposited each in the Overnight delivery receptacle mail at Riverside, California in accordance with our business' practice.

[ ] BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

[ ] ELECTRONICALLY, this document was transmitted by the Internet from our office.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 4, 2011, at San Diego, California.

_____
Viviana Salazar-Sherman

Proof of Service